Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

## United States Bankruptcy Court
## Central District of California

|  |  |
|---|---|
| Christopher S. Larsen, | ) Chapter 13 |
| Carrie A. Larsen, | ) Case No.: 8:10-bk-23972-RK |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301162** in the sum of **$  19.40** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    Christopher S. Larsen,
    1446 E. Bell Ave.
    Anaheim, CA 91406

Date: September 10, 2011            __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1023972 | Christopher S. & Carrie A. Larsen, ACCT: | Claim: 00000 | XXX-XX-2605 XXX-XX-2326 | 19.40 | 0.00 | 19.40 |
| | | TOTALS | | 19.40 | 0.00 | 19.40 |

```
Christopher S. Larsen,
Carrie A. Larsen,
BALANCE:              [0.00  1/00000]
SSN: XXX-XX-2605    SSN: XXX-XX-2326
ACCT:                     CASE: 1023972
PRINCIPAL:        19.40    INTEREST:         0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301162

Aug 29, 2011

VOID 90 DAYS FROM DATE

********$19.40

PAY  Nineteen And 40 / 100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301162⑈ ⑆061100790⑆ 0000000575186 2⑈